**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN NORIEGA, | No. CV 09-8596-GW(AN) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, | |
| Respondent. | |

For the reasons set forth in the accompanying Order, IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed without prejudice.

DATED: December 7, 2010

GEORGE H. WU
United States District Judge

-1-